# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 21, 2013

### NO. 03-13-00062-CV

**Michael L. Williams, State Commissioner of Education; and The Texas Education Agency, Appellants**

**v.**

**North Forest Independent School District, Appellee**

### APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
### DISMISSED AS MOOT -- OPINION BY JUSTICE PEMBERTON

**THIS DAY** came on to be submitted to this Court appellee's unopposed motion to dismiss appeal as moot in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed as moot. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.